1  BENJAMIN B. WAGNER
   United States Attorney
2  MICHAEL M. BECKWITH
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2797

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | CR. S-09-381-EJG |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [~~PROPOSED~~] ORDER |
| | ) | CONTINUING STATUS CONFERENCE AND |
| v. | ) | EXCLUDING TIME |
| | ) | |
| LUCIANO MERCADO, et al. | ) | |
| | ) | |
| Defendants. | ) | Hon. Edward J. Garcia |

 The parties request that the status conference currently set for April 2, 2010, be continued to May 7, 2010, and stipulate that the time beginning April 2, 2010, and extending through May 7, 2010, should be excluded from the calculation of time under the Speedy Trial Act.  The parties submit that the ends of justice are served by the Court excluding such time, so that counsel for each defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4.

 The parties need additional time for preparation. Therefore, the parties have agreed and respectfully request that

1

1  the Court set the date of May 7, 2010, for the status conference.
2       The parties stipulate and agree that the interests of
3  justice served by granting this continuance outweigh the best
4  interests of the public and the defendants in a speedy trial.
5  18 U.S.C. § 3161(h)(7)(A).

                                    Respectfully Submitted,

                                    BENJAMIN B. WAGNER
                                    United States Attorney

Dated: March 31, 2010          By: /s/ Michael M. Beckwith
                                    MICHAEL M. BECKWITH
                                    Assistant U.S. Attorney

Dated: March 31, 2010          By: /s/ Douglas J. Beevers
                                    DOUGLAS J. BEEVERS
                                    Attorney for defendant
                                    LUCIANO MERCADO

Dated: March 31, 2010          By: /s/ Dina L. Santos
                                    DINA L. SANTOS
                                    Attorney for defendant
                                    SERGIO MERCADO

Dated: March 31, 2010          By: /s/ Robert L. Forkner
                                    ROBERT L. FORKNER
                                    Attorney for defendant
                                    GERARDO VALENCIA-REVUELTA

Dated: March 31, 2010          By: /s/ John R. Manning
                                    JOHN R. MANNING
                                    Attorney for defendant
                                    HECTOR VALENCIA-REVUELTA

Dated: March 31, 2010          By: /s/ Clemente M. Jimenez
                                    CLEMENTE M. JIMENEZ
                                    Attorney for defendant
                                    IGNACIO CHAVEZ-VALDEZ

**ORDER**

For the reasons stated above, the status conference for the defendant's in case number CR. S-09-381-EJG, currently set for April 2, 2010, is continued to May 7, 2010; and the time beginning April 2, 2010, and extending through May 7, 2010, is excluded from the calculation of time under the Speedy Trial Act for effective defense preparation.  The Court finds that interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.  18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:3/31/2010                    /s/ Edward J. Garcia
                                   _____
                                   EDWARD J. GARCIA
                                   United States District Judge