**FILED**
October 7, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> HECTOR VALENCIA-REVUELTA, ) <br> ) <br> Defendant. ) | Case No. CR.S-09-0381-EJG <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release HECTOR VALENCIA-REVUELTA, Case No. CR.S-09-0381-EJG from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

  __X__   Released Forthwith - Time Served

  ____   Bail Posted in the Sum of: $_____

  ____Unsecured Appearance Bond

  ____   Secured Appearance Bond ($100,000.00)

  __X__   (Other) Conditions as stated on the record.

  ____   (Other)


This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at   Sacramento, CA   on   10-07-10   at  3:15 pm

By _____
Edmund F. Brennan
United States Magistrate Judge