```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MICHAEL M. BECKWITH
    Assistant U.S. Attorney
 3  501 I St., Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2729
 5
 6
 7                IN THE UNITED STATES DISTRICT COURT
 8              FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
10  UNITED STATES OF AMERICA,    )   CR. No. S-09-381 EJG
                                 )
11                Plaintiff,     )
                                 )   MOTION TO DISMISS INDICTMENT
12        v.                     )   AND ORDER
                                 )
13  HECTOR VALENCIA-REVUELTA,    )
                                 )
14                Defendants.    )
15  _____)
```

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, the United States of America, by and through its undersigned attorney, moves this Court for an order dismissing the indictment against Hector Valencia-Revuelta in Case No. S-09-381 EJG. The indictment in this case was filed on September 3, 2009. The two-count indictment charged the defendant with violating 21 U.S.C. §§ 846 and 841(a)(1) – Conspiracy to Distribute Over 500 Grams of Methamphetamine, and Possession with Intent to Distribute Methamphetamine. The government asks that the indictment be dismissed without prejudice.

This motion is made in the interest of justice in light of evidence discovered post indictment regarding the defendant's participation in the conspiracy to distribute methamphetamine and

1

his involvement in the actual distribution of the methamphetamine at issue in this case.  On October 7, 2010, the defendant entered a guilty plea to a misdemeanor violation of 8 U.S.C. § 1325 – Illegal Entry into the United States by an Alien.  He was sentenced that day to six months of imprisonment and given credit for time served.

The defendant is being detained as a result of the charges in the pending indictment.  He is also being detained as a result of a federal immigration hold.  If these charges are dismissed, the defendant will still be subject to the immigration hold.

DATE: October 8, 2010                    BENJAMIN B. WAGNER
                                         United States Attorney

                                    By:  /s/ Michael M. Beckwith
                                         MICHAEL M. BECKWITH
                                         Assistant U.S. Attorney


**O R D E R**

APPROVED AND SO ORDERED:

DATED:   October 13, 2010    /s/ Edward J. Garcia
                             UNITED STATES DISTRICT JUDGE