IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,   No. CR S-09-0381 WBS CKD

    vs.

LUCIANO MERCADO,

    Movant.   <u>ORDER</u>

_____/

    The undersigned hereby recuses herself from this action pursuant to 28 U.S.C. § 455 (a). Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to randomly refer this case to another magistrate judge for any further proceedings which may be appropriate or required.

Dated: February 28, 2013

    _____
    CAROLYN K. DELANEY
    UNITED STATES MAGISTRATE JUDGE

merc0381.rec

1